UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES D. MASSEY and <br> DENNIS E. MURRAY, <br><br>       Plaintiffs, <br><br> v. <br><br> MERRILL LYNCH & Co., INC., <br><br>       Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   1:04-cv-1049-RLY-VSS <br> ) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

    Comes now the court, having this day granted the Defendant's Motion to Dismiss, and now enters final judgment in its favor and against the Plaintiffs herein, James D. Massey and Dennis E. Murray.

**SO ORDERED** this  20th   day of July 2005.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

 s/ Christina Leighty
By: Deputy Clerk

Electronic copies to:

Anne N. DePrez
BARNES & THORNBURG
adeprez@btlaw.com
pwhitmer@btlaw.com

Carol A. Nemeth
PRICE WAICUKAUSKI RILEY & DEBROTA
cnemeth@price-law.com

Henry J. Price
PRICE WAICUKAUSKI RILEY & DEBROTA
hprice@price-law.com
mdabio@price-law.com;
sbissonnette@price-law.com;
jmiller@price-law.com

Ronald J. Waicukauski
PRICE WAICUKAUSKI RILEY & DEBROTA
rwaicukauski@price-law.com
vjones@price-law.com;arehman@price-law.com